UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.F. T.V., | No. 1:25-cv-01957-DC-SCR (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| MINGA WOFFORD, et al., | |
| Respondents. | (ECF Nos. 3, 16) |

Petitioner was a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.[1] The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 16. Neither party

---

[1] Petitioner also filed a motion to proceed under a pseudonym. (Doc. No. 3.) Respondents did not file an opposition to that motion. Having considered the unopposed motion to proceed under pseudonym, the court finds that Petitioner has adequately alleged the sensitive and highly personal nature of the facts at issue in his petition. Further, the prejudice to Respondents appears to be minimal, and the public's interest in open judicial proceedings is not meaningfully impaired by permitting Petitioner to proceed under a pseudonym. Accordingly, the court will grant Petitioner's motion. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

1

filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The findings and recommendations (ECF No. 16) are ADOPTED;

2.   Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED on the Fifth Amendment procedural due process claim only;

3.   The court denies the remaining claims in the § 2241 petition in the interests of judicial economy since the requested relief has been granted;

4.   The preliminary injunctive relief previously granted is made permanent;

5.   Petitioner's motion to proceed under a pseudonym (ECF No. 3) is GRANTED; and

6.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 11, 2026**

Dena Coggins
United States District Judge

2